## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

| | |
|---|---|
| JAVONTE DESHAWN WASHINGTON, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CV423-329 |
| MS. GRAHM, *et al.*, ) ) | |
| Defendants. ) | |

## ORDER

*Pro se* plaintiff Javonte Deshawn Washington filed this 42 U.S.C. § 1983 action alleging he was not provided with adequate medical care while incarcerated at Chatham County Jail. *See* doc. 12 at 2-3. The Court screened his Complaint, pursuant to 28 U.S.C. § 1915A, found that he failed to state a claim, but afforded him an opportunity to submit an amended complaint. *Id.* at 5-6. He has failed to submit an amendment within the deadline set in the Court's Order. *See id.* at 12; *see also generally* docket. Moreover, the Court's Order has been returned by the United States Post Office as undeliverable. *See* doc. 13 at 19. He has, therefore, also failed to keep the Court apprised of his current address,

1

in violation of the Local Rules.  *See* S.D. Ga. L. Civ. R. 11.1.  His Complaint is, therefore, **DISMISSED**.  Doc. 1.

A district court retains the inherent power to police its docket and to enforce its orders.  *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v. Tallahassee Police Dept.*, 205 F. App'x 802, 802 (11th Cir. 2006).  Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court.  Fed. R. Civ. P. 41(b).  Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness."  S.D. Ga. L.R. 41.1(b), (c).  Washington's failure to comply with the Court's Order and the Local Rules, and his failure to prosecute this case warrant dismissal.  Accordingly, his Complaint is **DISMISSED**

for failing to obey a court order and failing to prosecute his case.  Doc. 1. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 24th day of January, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA