AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAVONTE DESHAWN WASHINGTON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-329

MS. GRAHM, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 24, 2024, Washington's Complaint is dismissed for failing to obey a court order and failing to prosecute his case. This case stands closed.

Approved by: _____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

January 24, 2024                                    John E. Triplett, Clerk of Court
Date                                                Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020